UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Keith Fisher,                                                                 Civil No. 08-1747 (PAM/AJB)

    Petitioner,

v.                                                                                            **ORDER**

Ms. M. Cruz, Warden,

    Respondent.

_____

The above matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Arthur J. Boylan dated June 25, 2008. No objections to the R&R were filed in the time period allowed. Based on the R&R and the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

    1.    Petitioner's application for habeas corpus relief (Docket No. 1) is **DENIED**; and

    2.    This matter is **DISMISSED with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: Thursday, July 24, 2008

                                            *s/ Paul A. Magnuson*
                                            Paul A. Magnuson
                                            United States District Judge